# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF MICHAEL SCHAAB, DECEASED | : | No. 15 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: MARY SCHAAB, AS | : | the Order of the Superior Court |
| ADMINISTRATIX OF THE ESTATE OF | : | |
| MICHAEL SCHAAB | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.